Frances A. Smith
State Bar No. 24033084
Ross & Smith, PC
700 N. Pearl St., Suite 1610
Dallas, TX 75201
Phone: 214.593.4976
Email: frances.smith@ross-and-smith.com

**TEXAS COUNSEL TO 1970 GROUP, INC.**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| **HARVEST SHERWOOD FOOD** | § | |
| **DISTRIBUTORS, INC.,** *et al.*,[1] | § | Case No. 25-80109 (SGJ) |
| | § | |
| DEBTOR. | § | (Joint Administration Requested) |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel for 1970 Group, Inc. ("**1970 Group**") a party-in-interest in the above-captioned bankruptcy case. 1970 Group hereby enters its appearance under § 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and such 1970 Group hereby requests, under Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code, §§ 342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon it at the following:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are Del Mar Holding LLC (9207), Del Mar Acquisition Inc. (8866), Surfliner Holdings, Inc. (9456), Harvest Sherwood Food Distributors, Inc. (8995), Harvest Meat Company, Inc. (9136), LAMCP Capital, LLC (N/A), Western Boxed Meats Distributors, Inc. (8735), Cascade Food Brokers, Inc. (1389), Hamilton Meat, LLC (6917), SFD Acquisition LLC (8995), SFD Transportation Corp. (1551), Sherwood Food Distributors, L.L.C. (4375), and SFD Company LLC (1175). The Debtors' service address is c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

**NOTICE OF APPEARANCE**	Page 1

Frances A. Smith
**Ross & Smith, PC**
700 N. Pearl St., Suite 1610
Dallas, TX 75201
Phone: 214.593.4976
Email: frances.smith@ross-and-smith.com

**PLEASE TAKE FURTHER NOTICE THAT**, under § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced cases and proceedings herein with respect to (1) that affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of the estate, or proceeds thereof in which the alleged debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by 1970 Group.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit will waive (1) 1970 Group's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) 1970 Group's right to trial by jury in any proceeding in these cases or any case, controversy, or proceeding related to these cases, (3) 1970 Group's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupment's to which 1970 Group may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments 1970 Group expressly reserves.

Dated: May 8, 2025

Respectfully submitted,

**ROSS & SMITH, PC**

By:   /s/ *Frances A. Smith*
Frances A. Smith
State Bar No. 24033084
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@ross-and-smith.com

**TEXAS COUNSEL TO 1970 GROUP, INC.**

## CERTIFICATE OF SERVICE

    I certify that on May 8, 2025, I caused to be served the foregoing document via the Court's electronic filing system to the parties that have signed up for electronic service.

/s/ *Frances A. Smith*
Frances A. Smith