**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>HARVEST SHERWOOD FOOD<br>DISTRIBUTORS, INC., *et al*.,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 25-80109 (SGJ)<br><br>(Jointly Administered) |

**STIPULATION AND ORDER**
**GRANTING PREMIER FOOD INC.'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Premier Foods Inc. ("Premier Foods") and Harvest Sherwood Food Distributors, Inc. and

its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors" and together

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are Del Mar Holding LLC (9207), Del Mar Acquisition Inc. (8866), Surfliner Holdings, Inc. (9456), Harvest Sherwood Food Distributors, Inc. (8995), Harvest Meat Company, Inc. (9136), LAMCP Capital, LLC (N/A), Western Boxed Meats Distributors, Inc. (8735), Cascade Food Brokers, Inc. (1389), Hamilton Meat, LLC (6917), SFD Acquisition LLC (8995), SFD Transportation Corp. (1551), Sherwood Food Distributors, L.L.C. (4375), and SFD Company LLC (1175).  The Debtors' service address is c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

with Premier Foods, the "Parties") have agreed to and entered into the below stipulation, which is hereby entered by the Court:

1.     The Debtors have scheduled a claim for Premier Foods in the amount of $857,812.01. Such amount relates to products provided by Premier Foods to the Debtors prior to May 5, 2025 (the "Petition Date").

2.     The Debtors allege that Premier Foods has an outstanding balance with the Debtors of $758,044.88. Premier Foods alleges that the outstanding balance is $746,520.43. As a result, there is a disputed difference in the outstanding balance believed owed to the Debtors of $11,524.45 (the "Disputed AR Balance").

3.     The Debtors and Premier Foods agree that Premier Foods has valid rights to setoff pursuant to 11 U.S.C. § 553(a).

4.     The Parties stipulate and the Court hereby orders that Premier Foods is granted leave from the automatic stay to exercise its state and/or common law rights to setoff pursuant to 11 U.S.C. § 553(a) and 11 U.S.C. § 506 (a).

5.     The Parties stipulate and the Court hereby orders that Premier Foods may set off any amounts due to the  Debtors prior to or after the Petition Date under such right of setoff in the total maximum amount of $857,812.01.

6.     The Parties stipulate and the Court hereby orders that Premier Foods may file a proof of claim for prepetition amounts due in an amount not to exceed $111,291.58 (the net amount of $857,812.01 minus $746,520.43). Nothing herein shall be construed as limiting the Debtors' right, should they so choose, to object to such a proof of claim on the basis that the Disputed AR Balance is not properly sought under such proof of claim.

### ###END OF ORDER###

2

3

AGREED AS TO FORM AND SUBSTANCE:

**NATHAN SOMMERS GIBSON DILLON PC**

By: */s/ Iain L. C. Kennedy*

Ronald J. Sommers (18842500)
Iain L.C. Kennedy (24068094)
1400 Post Oak Boulevard, Suite 300
Houston, Texas 77056-6102
Telephone:     (713)960-0303
Facsimile:     (713) 892-4800
Email:         rsommers@nathansommers.com
               ikennedy@nathansommers.com

**ATTORNEYS FOR PREMIER FOODS INC.**


**SIDLEY AUSTIN LLP**

By: */s/ Ryan Fink*

Rakhee V. Patel (00797213)
Chelsea McManus (24131499)
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone:     (214) 981-3300
Facsimile:     (214) 981-3400
Email:         rpatel@sidley.com
               cmcmanus@sidley.com

*and*

Stephen Hessler (admitted *pro hac vice*)
Anthony R. Grossi (admitted *pro hac vice*)
Jon Muenz (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:     (212) 839-5300
Facsimile:     (212) 839-5599
Email:         shessler@sidley.com
               agrossi@sidley.com
               jmuenz@sidley.com

*and*

Jason L. Hufendick (admitted *pro hac vice*)
Ryan Fink (admitted *pro hac vice*)
Daniela Rakowski (admitted *pro hac vice*)
One South Dearborn
Chicago, Illinois 60603
Telephone:        (312) 853-7000
Facsimile:        (312) 853-7036
Email:            jhufendick@sidley.com
                  ryan.fink@sidley.com
                  drakowski@sidley.com


**ATTORNEYS FOR THE DEBTORS**